IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　10-cv-280-wmc

GREGORY GRAMS, JANEL NICKEL,
DYLAN RADTKE, DONALD MIECHUS,
THOMAS JAKUSZ, MICHAEL PIETRZAK,
MARY LIESER, AMY MILLARD,
DAVID LIPINSKI, LORI ALSUM,
DALIA SULIENE, JASON RHODES,
ALICE ROGERS, K. LLOYD and
CAPTAIN TRATTLES,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Alice Rogers, K. Lloyd and Captain Trattles; and

(2) granting Lori Alsum, Gregory Grams, Thomas Jakusz, Mary Lieser, David Lipinski, Donald Miechus, Amy Millard, Janel Nickel, Michael Pietrzak, Dylan Radtke, Jason Rhodes, Dalia Suliene's motion for summary judgment and dismissing this case without prejudice.

/s/　　　　　　　　　　　　　　　　　　　　12/17/2013

Peter Oppeneer, Clerk of Court　　　　　　　　Date